UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO,<br><br>                          Plaintiff,<br><br>-against-<br><br>THE OLD YEW PLANT SHOP, LLC et al.,<br><br>                         Defendants. | 24-cv-2568 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    An initial conference in this case is scheduled for next week. Dkt. 7. The initial-conference order requires a proposed case-management plan and joint letter to be filed the Thursday before the conference. *Id.* Because that date is July 4, the parties should submit the materials the day before.

    That said, Defendants haven't appeared yet in this case. And there's no proof on the docket that they've been served. So by July 2, 2024, at 5:00 p.m., Plaintiff shall update the Court as to the status of service and whether he has been in contact with Defendants.

    SO ORDERED.

Dated: July 1, 2024
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge